UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH WILLIAM FAUST,

    Plaintiff,

vs                                              Case No: 12-10412
                                              Honorable Victoria A. Roberts

MICHAEL ASTRUE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 10, 2012, Magistrate Judge Grand issued a Report and Recommendation (Doc.16), recommending that the Court deny Plaintiff's Motion for Summary Judgment (Doc. 11) and grant Defendant's Motion for Summary Judgment (Doc. #15). Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation; Plaintiff's motion is **DENIED** and Defendant's motion is **GRANTED**.

      **IT IS ORDERED**.

                                          S/Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated: November 6, 2012

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 6, 2012.
>
> S/Linda Vertriest
> Deputy Clerk